[No. 3696.]

DENNY ET AL. v. WILSON.

Judgment affirmed on the authority of *Nesbit v. Cristler, ante,* 314.

*Appeal from Washington District Court.* HON. H. P. BURKE, Judge.

Mr. R. H. GILMORE and Mr. F. L. FERRIS, for appellants.

Mr. CHALKLEY A. WILSON and Mr. ASHER B. WILSON, for appellee.

Opinion *per curiam.*

The questions presented in this case are substantially the same as those presented in *Nisbet v. Cristler,* No. 3693, decided at this term of the court, and upon authority of the latter case the judgment herein is affirmed.

*Judgment Affirmed.*